

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-02-00114-CV

Style:              Howard Stern, as Executor of the Estate of Vickie Lynn Marshall

                    **v** Elaine Marshall, et al.

Date motions filed[*]:   August 18, 2014

Type of motions:    Motion for pro hac vice admission; motion in support of pro hac vice admission

Parties filing motions:   G. Eric Brunstad, Jr.; appellees

Document to be filed:

Is appeal accelerated?      No

Ordered that motions are:

    ☑     Granted

           If document is to be filed, document due:

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

Judge's signature: /s/ Sherry Radack
                  ☒ Acting individually     ☐ Acting for the Court

Panel consists of **_____**

Date: August 21, 2014

November 7, 2008 Revision